# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| KELLY N. TRAN, | : | Case No.:3:20-cv-384 |
| Plaintiff, | : | |
| vs. | : | Judge Thomas M. Rose |
| | : | |
| TANGRAM FLEX, INC. | : | Magistrate Judge Sharon L. Ovington |
| Defendants. | : | |

# ORDER

This matter is before the Court following an April 8, 2021 telephone conference regarding discovery issues. By agreement, counsel for the parties will confer on Monday, April 12, 2021 at 1:00 p.m. to attempt to resolve the disputed discovery items. The Court will hold an additional **telephone conference** on **April 15, 2021** at **10:30 a.m.**, at which time counsel will identify any discovery issues which remain unresolved and which require a discovery order from the Court.

    **IT IS SO ORDERED.**

April 8, 2021

                                                 *s/ Sharon L. Ovington*
                                                 Sharon L. Ovington
                                                 United States Magistrate Judge