UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON, OHIO

| | | |
|---|---|---|
| KELLY N. TRAN, | : | CASE NO. 3:20-CV-00384-TMR |
| Plaintiff, | : | JUDGE THOMAS M. ROSE |
| v. | : | **AGREED ENTRY OF DISMISSAL** |
| TANGRAM FLEX, INC., | : | |
| Defendant. | : | |

This day came the parties, by counsel, and it appearing that all claims in this action have been settled, all claims, cross-claims, and counterclaims in this matter are hereby dismissed without record and with prejudice to the bringing of a new action. Each party will pay its own Court costs.

As agreed to by the parties, this Court shall retain jurisdiction over the settlement agreement or contract entered into by the parties pursuant to *Kokkonen v. Guardian Life Ins. Co. of America*, 511 U.S. 375, 114 S. Ct. 1673, 128 L.Ed.2d 391 (1994).

*s/Thomas M. Rose*

JUDGE THOMAS M. ROSE

APPROVED:

/s/ David P. Bolek
David P. Bolek, Trial Attorney
Atty Reg No: 0087088
Eric L. Dauber, Trial Attorney
Atty Reg No: 0063061
Attorneys for Defendant,
Tangram Flex, Inc.
P.O. Box 145496
Cincinnati, OH 45250-5496
Email: david_bolek@staffdefense.com;
eric_dauber@staffdefense.com

/s/ Robert A. Steinberg (per 10/11/21 email auth.)
Robert A. Steinberg, Trial Attorney
Atty. Reg. No. 0092932
Robert Steinberg Co., LPA
9050 Ambercreek Dr.
Cincinnati, OH 45236
Terrence L. Goodman
Atty. Reg. No.: 0009148
Law Office of Terrence L. Goodman, LLC
17 Heritage Rd.
Cincinnati, Ohio 45241
Attorneys for Plaintiff Kelly Tran
E-mail: r.steinberg@robertsteinberglaw.com;
terrygoodmanlaw@earthlink.net